UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| KENEXA BRASSRING, INC., and | ) | |
| KENEXA RECRUITER, INC. | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| TALEO CORPORATION, VURV | ) | |
| TECHNOLOGY LLC, DANIELLE | ) | |
| TREMBLAY, PAUL JETTER, KELLY | ) | |
| BERNIE, TRACY HINTERMISTER, | ) | |
| CHARLOTTE MARIANO, and | ) | |
| CHRISTOPHER NOVAK, | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

To:   Civil Clerk's Office, United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Boston, MA 02210; and

Superior Court Clerk, Middlesex County Superior Court, Middlesex County Court House, 200 TradeCenter, Woburn, MA 01801.

Pursuant to 28 U.S.C. § 1441 *et seq.*, defendant Vurv Technology LLC ("Vurv") gives notice of the removal of this action, with the consent of all required defendants, from the Superior Court of Middlesex County, Massachusetts, where it is now pending, to the United States District Court for the District of Massachusetts. Removal is authorized by 28 U.S.C. § 1441, and is based on the United States District Court's original jurisdiction of the claim pursuant to 28 U.S.C. § 1331, due to the existence of a federal question. In support of this Notice, defendant Vurv alleges as follows:

1.     On July 17, 2009, plaintiffs Kenexa BrassRing, Inc. and Kenexa Recruiter, Inc. (collectively, "Plaintiffs" or "Kenexa"), filed a Complaint against defendants Taleo Corporation,

12713821.2

- 2 -

Danielle Tremblay, and Paul Jetter, Civil Action No. 09-02791, in the Superior Court of Middlesex County, Massachusetts, alleging various causes of action and seeking damages of an undetermined amount.

2.     On August 27, 2009, Plaintiffs filed a First Amended Complaint, adding claims against Vurv Technology LLC, Kelly Bernie, Tracy Hintermister, Charlotte Mariano, and Christopher Novak, and seeking damages of an unspecified amount.

3.     The Complaint and First Amended Complaint both include a cause of action for violation of the Computer Fraud and Abuse Act, 18 U.S.C. §1030.

4.     This Court has original jurisdiction in accordance with 28 U.S.C. §1331 because a federal question exists in this action.

5.     Defendants Taleo Corporation, Vurv Technology, Danielle Tremblay, Kelly Bernie, and Charlotte Mariano were served with the First Amended Complaint on August 27, 2009.

6.     Upon information and belief, Defendants Tracy Hintermister and Christopher Novak have not been served in this matter.  All other defendants have been served.

7.     Accordingly, pursuant to 28 U.S.C. § 1446(b), this action is removed, with the consent of all required defendants, within 30 days of service upon defendant Vurv of the initial pleading setting forth the claim for relief in this matter.

8.     True and accurate copies of all process, pleadings and orders served upon defendant in Civil Action No. 09-02791 are attached as "Exhibit A".

9.     For the foregoing reasons, defendant Vurv respectfully submits that removal is appropriate under 28 U.S.C. § 1441 et seq.

12713821.2

- 3 -

VURV TECHNOLOGY LLC

By its attorney,


            /s/ Stacie B. Collier
Stacie B. Collier (BBO #645172)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1320
Fax (617) 345-1300
sbcollier@nixonpeabody.com


The undersigned defendants, who have been served in this action, hereby consent to and join in the removal of this action:

TALEO CORPORATION;
DANIELLE TREMBLAY;
KELLY BERNIE;
CHARLOTTE MARIANO; and
PAUL JETTER

By their attorney,


            /s/ Stacie B. Collier
Stacie B. Collier (BBO #645172)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1320
Fax (617) 345-1300
sbcollier@nixonpeabody.com


Dated: September 28, 2009


12713821.2

- 4 -

Certificate of Service

I hereby certify that this Notice of Removal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 28, 2009 and to all non-registered participants by United States mail, first class, postage prepaid.

/s/ Stacie B. Collier
Stacie B. Collier

12713821.2