TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX ............ , ss

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 09-2791

KENEXA BRASSRING, INC and
KENEXA RECRUITER, INC.
............................................ , Plaintiff(s)

TALEO CORPORATION,
TALEO TECHNOLOGY LLC,
DANIELLE TREMBLAY, ........... , Defendant(s)
PAUL JETTER, KELLY MARIANO, and
CHRISTOPHER NOVAK

### SUMMONS

To the above-named Defendant: CHRISTOPHER NOVAK

You are hereby summoned and required to serve upon ROBERT J. SILVERMAN ..........................................

.................................................... plaintiff's attorney, whose address is 111 HUNTINGTON ........................................

AVENUE, BOSTON, MA 02199-7610

...................................................................................., an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at MIDDLESEX SUPERIOR COURT ...............................

200 TRADE CENTER, WOBURN, MA 01801

........................................................................ either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at ..........................................................................................

the .................................................................. day of ..............................................................

........................, in the year of our Lord .............................................. .

..........................................................................................................
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used
for each defendant, each should be addressed to the particular defendant.

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

FORM NO. SUP. — 001

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ..................................................................................................................................
20........., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

..................................................................................................................................................................................
..................................................................................................................................................................................
..................................................................................................................................................................................

..................................................................................................................................................................................

Dated: ....................................................................................................................., 20.........

### N.B.  TO PROCESS SERVER:
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

( _____ )

( .........................................................., 20......... )

( _____ )

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX ........., ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No. ...........................

........................., Plff.

v.

........................., Deft.

SUMMONS
(Mass. R. Civ. P. 4)

## Affidavit of Secured Service

I, __David Conder__, being of legal age and being duly sworn upon my oath, depose and state as follows:

That on the ___3ʳᵈ___ day of ___OCTober___, 2009, at ___2:55pm___, I served a true copy of the attached subpoena/summons to ___ChRISTopher NovAK. 2 ForesT Club Dr. Chesterfield Mo 63017___ service accepted by ___ChRISTopher NovAIL___ and further observed him/her to acknowledge and examine the same after service.

_(signature)_

Special Process Server

STATE OF MISSOURI    )
                     )    SS
County of St. Louis  )

On this ___5th___ day of ___October___, 2009, before me personally appeared __David Conder__, known to be the person described above and who executed the foregoing Affidavit of Secured Service and who being first sworn upon his oath states that the facts and information stated therein are true and correct according to the best of his knowledge, information, and belief.

IN WITNESS THEREOF, I have hereunto set my hand affixed my official seal in the County and State aforesaid, on the date and year first written above.

_H. Kathleen Dunn_

Notary Public

R. KATHLEEN DUNN
Notary Public - Notary Seal
State of Missouri
Commissioned for St Louis County
My Commission Expires: June 30, 2012
Commission Number: 08412714

My commission expires: